UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAVIGATORS INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                   CASE NO. 3:23-cv-24424-MCR/ZCB

SKANSKA USA CIVIL
SOUTHEAST, INC.,

    Defendant.

## ORDER

I hereby recuse myself from presiding over this matter.

**DONE AND ORDERED** this 18th day of October 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**