UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:   REASSIGNMENT OF
         CIVIL CASE                              Case No. 4:95mc40111
_____/

## ADMINISTRATIVE ORDER

In the interest of judicial economy, to avoid any delay in the proceedings, and due to the need for other judges in the Pensacola Division to recuse, the Clerk is hereby directed to reassign the cases below to United States District Judge Lacey A. Collier.

3:23-cv-24424, *Navigators Insurance Company, et al., v. Skanska USA Civil Southeast Inc.*

3:23-cv-24427, *Cashman Equipment Corp. v. Skanska USA Civil Southeast Inc.*

The Clerk is further directed to file a copy of this Order in the cases and to reassign the cases accordingly.

**DONE AND ORDERED** this 18th day of October, 2023.

s/ MARK E. WALKER
**Chief United States District Judge**

1